## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON MILLS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:20-cv-06335-RBS |
| PECO ENERGY COMPANY and EXELON, | : |
| Defendant. | : |

### STIPULATION/ORDER

Plaintiff, Jason Mills ("Plaintiff") and Defendants, PECO Energy Company, et al, by and through their undersigned attorneys, hereby stipulate and agree to dismiss the above captioned matter with prejudice and all parties bearing their own costs.

| | |
|---|---|
| s/ Graham F. Baird | s/ Melissa Hazell Davis |
| Graham F. Baird, Esquire | Melissa Hazell Davis, Esq. |
| Law Office of Eric A. Shore, P.C. | Greising Law, LLC |
| Attorney for Plaintiff, Jason Mills | Attorney for Defendants |

**APPROVED BY THE COURT**
**THIS 18TH DAY OF AUGUST, 2021:**

/s/ R. Barclay Surrick

R. BARCLAY SURRICK, J.